# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 27, 2016

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 14-6372, *Connie Marshall v. Mike O'Connell, et al*
Originating Case No. : 3:13-cv-00802

Dear Ms. Armstrong:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Stephen P. Durham
Ms. Stephanie Ann French
Ms. Connie Marshall
Mr. Steven Travis Mayo

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 14-6372

_____

Filed: June 27, 2016

CONNIE MARSHALL

        Plaintiff - Appellant

v.

MIKE O'CONNELL, County Attorney Commonwealth of KY; LOUISVILLE METRO POLICE DEPARTMENT; CHIEF STEVE CONRAD, Police Chief; BRANDON HOGAN, Louisville Metro Police Officer; EDWARD WAGNER, Louisville Metro Police Officer; POLICE OFFICER, NAME UNKNOWN, Unit 235D; POLICE OFFICER, NAME UNKNOWN, Unit 235F; COMMONWEALTH OF KENTUCKY

        Defendants - Appellees

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 06/03/2016 the mandate for this case hereby issues today.

COSTS:  None